| | AUSA: Timothy McDonald | Telephone: (313) 226-9100 |
| --- | --- | --- |
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent:   Robert Holbrook | Telephone:  (313) 965-2323 |

# UNITED STATES DISTRICT COURT
### for the
## Eastern District of Michigan

United States of America

v.

Chuan Wang

Case No. 26-30265

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 5, 2023_____ in the county of _____Wayne_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. Section 1001 | False Statements |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Robert Holbrook, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____May 8, 2026_____

City and state:   Detroit, Michigan

_____
*Judge's signature*

Elizabeth A. Stafford, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Robert Holbrook, being sworn, depose and state the following:

## INTRODUCTION

1.      This affidavit is in support of a criminal complaint charging Chuan WANG with violating 18 U.S.C. § 1001 (false statements).

2.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since 2019. I have received Basic Field training at the FBI Academy in Quantico, Virginia, as well as additional training and courses in counterintelligence investigations and operations. I am currently assigned to the FBI's Counterintelligence Division, Detroit Field Office, located at 477 Michigan Avenue, Detroit, Michigan. The FBI's Counterintelligence Division is responsible for exposing, preventing, and investigating ongoing national security threats from foreign intelligence services and other intelligence activities within the United States.

3.      I am a "federal law enforcement officer" within the meaning of Rule 41(a)(1)(C) of the Federal Rules of Criminal Procedure, that is, a government agent who is engaged in enforcing the criminal laws and is within any category of officers authorized by the Attorney General to request a search warrant and may apply for a federal search warrant pursuant to Rule 41(b).

4.      The facts contained in this affidavit come from my personal observations, my training and experience, my review of documents and statements,

1

and information obtained from other law enforcement officers and individuals with knowledge of this matter. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and does not set forth all my knowledge regarding this matter.

5.     Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 1001 (false statements) have been committed by Chuan WANG, related to false statements made by WANG to U.S. Border and Customs Protection (CBP).

**EXECUTIVE SUMMARY**

6.     Chuan WANG is a citizen of the People's Republic of China (PRC) who received an advanced degree from a university in the PRC in aircraft design and received training on aircraft design at the University of Michigan. WANG founded a company in the PRC that designs and builds unmanned aerial vehicles (UAVs) and drones for the PRC military. In 2023, while still operating his company, WANG traveled to the United States. Upon leaving the United States, WANG was interviewed by CBP officers about his employment and work in the PRC. WANG falsely told the CBP officers that he worked in the PRC for his father's road sign company, falsely stated that he did not have any patents for military or defense applications, and falsely denied ever working for any company that has assisted or been involved in the production of aircraft or military or

2

defense products. In fact, the website for WANG's company contains articles detailing the company's activities marketing to, and supplying, the PRC military and defense industry with UAVs and drones. Publicly available records show that WANG has 123 patents in the PRC, 36 of which describe UAV uses in military applications. In addition, WANG's phone – which was searched pursuant to a federal warrant – contained photographs and documents detailing his company's work with the PRC military, including text messages about payments to WANG's account from the People's Liberation Army's Special Weapons Bureau.

## **PROBABLE CAUSE**

### U.S. Nonimmigrant Visa Submission by WANG

7. Chuan WANG (DOB XX/XX/1989) is a citizen of the People's Republic of China (PRC). On or about January 27, 2012, WANG was issued a J1 visa to enter the United States to work as a Research Scholar at the University of Michigan. The purpose of a J1 visa is to "increase mutual understanding between the people of the United States and the people of other countries by means of educational and cultural exchanges," and to "assist the Department of State in furthering the foreign policy objectives of the United States." 22 C.F.R. § 62.1. WANG entered the United States on or about February 8, 2012, and departed August 10, 2012. In WANG's J1 visa application, WANG stated a University of Michigan professor invited him to conduct research on solar aeroelastic aircraft wing design

and flight adjustment from February 1, 2012, to August 31, 2012. WANG specifically stated he aimed to develop a radio-controlled model airplane with high aspect ratio, and to perform the related design, fabrication, test, flight and analysis.

8.      On December 27, 2014, WANG submitted a visa application for Business and/or Tourism (B1/B2) status. In this application, WANG stated he graduated from Beihang University, Beijing, PRC, in April of 2013, with a course of study in Business Administration. Further, WANG stated his occupation at the time of the application related to the production of "commercials, movies, filming and postproduction editing" at "Lanting Huayi Media Co LTD." Subsequently, WANG was issued a 10-year U.S. B1/B2 visa on January 21, 2015, which expired on January 15, 2025.

9.      On November 29, 2016, the U.S. Government required PRC nationals issued a 10-year U.S. B1/B2 visa to enroll in the Electronic Visa Update System (EVUS) and to update their basic biographical information every two years for the duration of the visa. Individuals update their information by navigating through a series of web pages on CBP's EVUS website, "www.evus.gov." To begin the process, individuals must navigate to a web page and click a button acknowledging that they have "read and understand" a disclaimer, which reads, in part: "All information provided by you, or on your behalf by a designated third party, must be true and correct . . . You may be subject to administrative or criminal penalties if

you knowingly and willfully make any material false, fictitious or fraudulent statement or representation in an EVUS enrollment submitted by you or on your behalf."

10.     WANG has made three submissions to EVUS since being issued a U.S. B1/B2 visa on January 21, 2015. On his first submission on March 10, 2017, WANG stated he was employed as a "technical engineer" for "Volitation Innovations (Beijing) Science and Technology" (hereinafter Volitation). On his second submission on July 12, 2019, WANG stated he was employed by "Zhi Yuan WANG" and did not provide a title.[1] On his third submission on June 3, 2023, WANG stated he was employed by "Tianxun Chuangxin Tech co" (hereinafter Tianxun) and did not provide a title. Notably, WANG provided the name for Volitation and Tianxun in the Chinese Language on both respective submissions, and the Chinese characters were the same.[2]

---

[1]The FBI's investigation has identified Zhi Yuan WANG as WANG's father, who resided in Ypsilanti, Michigan, as a U.S. Lawful Permanent Resident, at the time of the CBP inspection. Zhi Yuan WANG has since sold his residence in Ypsilanti, Michigan, and has returned to the PRC. WANG's father is an owner of a company in the PRC, Baoding Vitri Transportation Facilities Engineering Co, LTD. (also known as Victory Traffic Facilities Co. LTD.), which is currently understood by investigators to be focused on the design and production of road signs and traffic safety products. Further, WANG's father is the Resident Agent of Victory Science and Technology of America, LLC, which is registered in the State of Michigan at his residence.

[2]The FBI's investigation has revealed Tianxun (also known as "天峋" in simplified Chinese) utilizes the English name, Volitation, for the company name.

5

CBP Inspection of WANG on August 5, 2023

11.     On July 14, 2023, WANG arrived at the McNamara Terminal of Detroit Metropolitan Airport (DTW) on board Delta Flight 388 from Shanghai, PRC. On August 5, 2023, WANG was scheduled to depart the United States from DTW on Delta Flight 389 to Shanghai, PRC. Prior to his departure, WANG was inspected by CBP officers.

12.     WANG stated to CBP officers he was in the United States for 20 days to visit his father, Shi Yuan WANG, and mother, Xing Zhi WANG. Further, WANG stated, during his stay in the United States, he visited Niagara Falls and the Experimental Aircraft Association (EAA) Air Venture show in Oshkosh, Wisconsin, because it was a famous air show. WANG stated to CBP officers that he was employed at his father's company, "Victory Traffic Company," as an engineer. WANG stated his father's company designs and produces road signs and is based out of the PRC. CBP officers asked WANG if he held any active or pending patents. WANG stated he has some patents that are for his father's road sign company. WANG denied having any patents for military or defense applications. CBP Officers asked WANG if he has ever worked for any company that has assisted or been involved in the production of aircraft or military or defense products, which WANG denied.

13.     CBP officers asked WANG why his B1/B2 application stated he worked for "Lanting Huayi Media Co" when he stated he was an engineer. WANG stated he was an occasional photographer and decided to get a part-time job in media to make extra income while he was studying engineering. WANG stated he worked at the media company for only a few months.

14.     CBP officers asked WANG what he did while working at Tianxun. WANG stated he worked at Tianxun for six months for training, but did not actually work. When CBP officers asked for more detail, WANG could not elaborate on what type of training he was seeking from Tianxun, nor could he elaborate on what type of engineering he specialized in. CBP officers asked WANG if he has held any position or job for more than six months. WANG would not respond.

15.     CBP officers conducted a border search of WANG's person and luggage and recovered from his person an Apple iPhone 14, which was subsequently seized by FBI agents on or about November 2, 2023, pursuant to a federal search warrant. Notably, during the inspection, CBP Officers conducted a basic exam of the cellular phone. When WANG was advised that the cellular phone would be detained by CBP, WANG expressed concern multiple times and stated he had sensitive information and contacts on the device.

7

WANG as Co-Founder and Chief Technology Officer at Tianxun

16.     The FBI's initial investigation into WANG and his association with Tianxun revealed WANG has obtained notoriety in Chinese news media and internet websites for being the co-founder of Tianxun. All identified information was in the Chinese language and was translated using a commonly used machine translator. FBI investigators identified several Chinese news articles, to include an article published on November 30, 2015, from the official PRC Government website, www.gov.cn. The article highlighted the entrepreneurial success WANG achieved as the co-founder of Tianxun while attending Beihang University as an undergraduate student. Additionally, another article published on October 27, 2015, contained an image depicting WANG, and other Tianxun employees, in front of a UAV. The same article described WANG as the co-founder and Chief Technology Officer of Tianxun and a previous undergraduate student at Beihang University with a major in Aircraft Design. FBI investigators identified additional articles describing WANG as the Chairman of Tianxun. One of these articles was published on June 18, 2021, and contains images and descriptions of WANG, as the Chairman of Tianxun, showcasing UAV products to representatives of a company working in the PRC weapons industry. Further, a second article from the PRC official website, www.gov.cn, was identified. The article was published on April 17, 2017, and stated

8

WANG was a co-founder of Tianxun and has a master's degree from Beihang University.

17.   FBI investigators identified additional websites that provide listings of company information in the PRC. Several websites describe WANG as the legal representative of Tianxun and provide an incorporation date of January 9, 2015. Notably, this incorporation date was 12 days after WANG submitted his U.S. nonimmigration visa application stating that he worked in media.

18.   Tianxun's website, "www.tx-tech.cn," published a voluminous amount of "company news" articles. FBI investigators identified articles from the Tianxun company website stating WANG co-founded Tianxun in January, 2015. Further, two identified articles, published on May 5, 2019, stated WANG visited well-known scholars in UAV design at the University of Michigan on June 21, 2015, and participated in the EAA Air Venture Conference in Oshkosh, Wisconsin, on July 20, 2015. Both articles stated WANG travelled on behalf of Tianxun as their lead engineer. CBP records show WANG entered the United States at DTW on June 18, 2015, from Beijing, PRC, and departed the United States at DTW on July 27, 2015, to Beijing, PRC. Another company article, published April 1, 2021, identified WANG as a Chairman of Tianxun and contained pictures depicting WANG providing a tour of the Tianxun facility.

19.     Further review of the Tianxun company website depicted the design and manufacture of UAVs for military and security applications within the PRC. One article was identified, which stated Tianxun participated in the 8th China International Police Equipment Exhibition on May 17, 2016. The conference was hosted by the Ministry of Public Security (MPS), which is the national law enforcement entity within the PRC. Another identified article described Tianxun's participation in the 2017 Beijing International Military-Civilian Integration Equipment Exhibition in April of 2017. The article stated Tianxun promotes the application and development of UAVs and intelligent equipment manufacturing in the military and civilian markets. A depiction of the website, captured on or about August 7, 2023, and machine translated, is provided below.



20.     FBI investigators identified a blog post published and authored by WANG on a popular Chinese blogging website. The post was published on September 26, 2018, and contains a narrative written by WANG, in the first person,

regarding his success at Tianxun and his passion for drone design beginning in high school. WANG stated he majored in Aircraft Design at Beihang University and graduated with a master's degree. Further, WANG founded Tianxun and had developed a variety of police UAV products that are currently being used on the front lines of public security systems. Within the blog post, there are two images depicting WANG. One of the images and its written caption portrays WANG showcasing a UAV to the former People's Liberation Army (PLA) Air Force General and Vice Chairman of the Central Military Commission of the PRC, Xu Qiliang.[3]

21.     Further investigation revealed WANG possesses a prolific patent portfolio in the PRC. The investigation has identified approximately 123 patent applications and patents assigned to Tianxun, which list WANG as an inventor. An initial review of the identified patent applications and patents assigned to Tianxun revealed all of WANG's patents were related to UAV development. Approximately 36 of the 123 patent applications and patents describe UAV uses in military applications. The most recent patent application filing by WANG was on October 8, 2022, which was granted (Patent Number CN218022158U).

---

[3] Xu Qiliang served as General of the PLA Air Force from 2007 to 2012, Vice Chairman of the Central Military Commission of the PRC from 2013 to 2023, and as Vice Chairman of the Central Military Commission of the Chinese Communist Party from 2012 to 2022.

22.     WANG's cellular phone was seized by CBP following his inspection on August 5, 2023. FBI agents obtained the device on November 2, 2023, pursuant to a federal search warrant. FBI agents subsequently reviewed the content of the device. Upon review, the device was determined to be WANG's personal device and to contain a voluminous amount of data (consisting of emails, documents, photographs, text messages, etc.). Thousands of documents, contained within the device, were related to WANG's operation of Volitation (AKA Tianxun) to include the design, manufacture, and sale of UAVs. WANG was identified as the representative for Volitation on numerous contracts dated in 2023.

23.     One document, which provides a company overview of Tianxun, was identified. The document was last modified on February 27, 2023, and was written in the Chinese language. The document was machine-translated for review. The document stated Volitation was established in January 2015 and stated it began UAV projects with the PRC military in 2018. Within the document, the leadership of Volitation was identified. WANG is identified as the CEO and Founder and provided the following accomplishments for WANG (machine-translated):

    a. Master's degree in Aircraft Design / Beihang University (Beijing University of Aeronautics and Astronautics)
    b. Visiting scholar at the University of Michigan, USA
    c. Has led the development of dozens of high-performance unmanned aerial vehicles
    d. Participated in test flight missions for multiple national key projects
    e. Won multiple world championships in aviation-related competitions

f.  Coach of Beihang University Aero-Modeling Team / Former member of the National F3C Aerobatic Model Helicopter Team
g.  Deputy Director of the UAV Special Committee
h.  Published over 30 papers in industry journals
i.  National-level athlete in radio-controlled modeling

24.  The same document contained a page titled "Military-industrial business," and provided the following statements (machine-translated) and associated images:

> Since 2018, Tianxun has been involved in projects related to naval shipborne drones.
>
> In October 2020, Tianxun products began a long-term deployment in a certain fleet project, engaging in the development of various drones that meet naval training and combat requirements: including long-endurance, long-range reconnaissance shipborne drones, artillery calibration shipborne drones, high-speed reconnaissance shipborne drones, and others. In the joint military training in December 2020, Tianxun completed combat training for a certain destroyer squadron. Up to now, Tianxun is one of the first three manufacturers in China to carry out such work and achieve substantive operations.



> Directly participating in target drone operations In June 2020, we independently bid and won a contract for one target drone for a certain military unit. This was our company's first direct business contract with the military, and the project later required hundreds of units. The signing of this agreement laid a solid foundation for our company to apply for military product qualifications.

14



Air Force Competition Starting from July 23, 2020, a large-scale Air Force military exercise lasting 20 days was conducted. Our company participated with three aircraft models and 30 airplanes. In this mission, drones used a one-station multiple-aircraft control mode.



Long-distance artillery shell towing drone (data transmission of 200 km or more)



Shipborne UAVs: long-range reconnaissance artillery-calibrating UAVs; high-speed reconnaissance UAVs (speed can reach 400 km/h)

15



Target Aircraft In mid-2021, provided air-to-air missile training services for the Air Force. From August to September 2020, conducted air-to-air missile target aircraft flight services in Inner Mongolia: drones dragged targets, and helicopters carried low-altitude missiles to pursue.



Coast Guard drone: can take off and land at a ship speed of 16 knots, and can be equipped with visible light/infrared/laser radar triple-sensor pod/SAR radar



Shipborne Communications Reconnaissance Drone

25.     Another variation of the aforementioned document was identified. This particular document provided a similar company overview of Volitation. However, this document highlighted another PRC military project. The description stated as follows (machine-translated):



Qinglong Target Service May 2022 One-week night air-to-air missile target training service, night operations, with strong wind conditions. 40 air-to-air missile launches, 0 accidents, 0 lost items. It is the team with the highest on-site service guarantee rate.

26.     Several brochures for Volitation were identified in WANG's cellular phone. One brochure, in particular, dated April 2021, was identified to contain Volitation's cooperation with the PRC military. The brochure contained the following statements (machine-translated):

Tianxun's innovative business mainly covers four areas: drone systems and component manufacturing, drone research and development, drone services, and military industry. It has established cooperation with public security systems in multiple provinces and cities, the Jiangsu-Zhejiang power grid, universities, and research institutes. In the scientific research sector, it has reached in-depth cooperation with the Beihang Innovation Research Institute in special drone development, deep application of drones in various industries, cutting-edge drone technology, and drone industry standards. In the military

17

sector, it has established cooperation with the North Weapons Factory 218, Units 63876 and 66350, and Shenzhou Aircraft.

2018 Continuous innovation, actively participating in military product research and development, undertaking various scientific research projects, and conducting deep cooperation with Haili Tianmeng. 2019 The market tends to improve, forming four major market segments: drone design, drone production, drone services, and military industry. 2020 Establishment of Haixun (Xianghe) Technology Co., Ltd., responsible for production and testing, transforming to military business, undertaking various scientific research projects.

27.     Another Volitation Brochure was identified, also dated April 2021, which described one of Volitation's projects as (machine-translated), "[d]rone product development and flight support services for a certain fleet[.] Providing product design, flight support services, and coordination for combat training for a certain fleet," and displayed the following image. Based on my review of WANG's cellular phone, your affiant believes the image is of WANG.



28. Upon review of WANG's cellular phone, an internal Volitation document was identified. The document was identified as the 2021 Annual Report with a publication date of January 2022. The extensive document contained the following statements regarding PRC military projects with Volitation (machine-translated):

> Signing a strategic cooperation agreement with Anhui Shenjian Technology Co., Ltd. In January 2021, a strategic cooperation agreement was signed with Shenjian, where Shenjian is responsible for military product marketing and Tianxun is responsible for product and technical support. By July, cooperation had advanced the 'Plateau Trainer 30 kg H-tail Project' and '63876 Troop Target Machine and Services.' The next step will be to promote deeper integration.

> Winning the bid for the 66350 Unit (Army Aviation 82 Brigade) target service project: After directly winning the 63876 Unit target drone project, we have once again directly won the target service project for the 66350 Unit (Army Aviation 82 Brigade). This project has a huge market. Tianxun has repeatedly provided target services for various Army Aviation units (80 Brigade, 81 Brigade, 82 Brigade), and its products and service capabilities are highly recognized by this system. The business relationships have been maintained for a long time, and the network of contacts is extensive. In the future, we plan to continue serving all Army Aviation units with the aim of monopolizing business in this direction.

> Various military pre-research projects have been carried out in an orderly manner. In the first half of 2021, we continuously developed military pre-research projects such as the CMC [Central Military Comission] Science and Technology Commission UAV recovery project, low-cost high-speed target drone project, and carrier-based UAVs, and have taken root in the troops at all levels, laying a solid foundation for the vigorous development of the military products market.



Low-Cost Target Drone During the cooperation with the military, in response to the issue of high product costs in the target drone market leading to cautious usage by the troops, a low-cost high-speed target drone was developed. This target drone solution has already been favored by multiple military units, and several units have expressed their intention to procure it. According to this year's new military regulations, this low-cost target drone can be classified as a consumable for units below the regimental level, allowing regimental units to purchase it directly without reporting to the equipment department. This regulation makes the market promotion prospects for this target drone even clearer. Currently, the target drone has reached the product finalization stage.



Naval Shipborne UAVs Starting from 2020, Tianxun began entering a certain destroyer fleet of the South Sea Fleet, carrying out long-term shipborne UAV services. This year, using the new product Qinglong as the flight platform, we jointly conducted experiments on a new model of shipborne UAV with cooperative manufacturers. The product performed well and will continue to be used for tactical applications at the forefront of this fleet, laying the foundation for future product projects and equipment

20

deployment. In 2021, the company introduced a subsidiary of AVIC, AVIC Jincheng, to collaborate on this project, with Tianxun responsible for technical products and channel relationships, utilizing AVIC Jincheng personnel and funding to carry out long-term shipborne UAV testing and services. It is expected that the first batch of shipborne UAV bidding work will start in 2022, with the hope of becoming the first officially deployed UAV products on ships nationwide.



In August 2021, at the Zhurihe Military Training Base, the air-to-air missile target drone training mission for the 66350 Unit's Army Aviation helicopters, led by our company, was successfully completed. This project was independently undertaken by our company, completing the entire process from target drone flight and towing drone electronic ignition to coordination with live air-to-air missile training. It received high recognition from both the theater command leaders and unit leaders, demonstrating extremely high efficiency. This business will continue to be carried out in the future. The spring training mission has already begun and will also become a regular target drone task for units at Tianxun. In the future, Tianxun is expected to become the largest service provider for Army Aviation target drone training.

The scientific research and service sector will continue the current project development, especially following up on several major military projects, striving for significant breakthroughs in projects such as land aviation target drones, shipborne unmanned aerial vehicles, plateau training aircraft, and low-cost high-speed target drones, forming large-scale orders and an industry monopoly position.

21

29.     Additionally, WANG received text messages regarding deposits into banking accounts on his cellular phone. A payment, dated September 13, 2022, was made to WANG's account. The message identified PLA Unit 63870 as the payee. Through my training and experience, PLA Unit 63870 is the PLA's "Special Weapons Bureau," and is tasked with the development of advanced technology for military applications.

30.     FBI's subsequent investigation revealed WANG's company markets to, and supplies, the PRC military and defense industry with UAVs and drones. WANG told the CBP officers that he worked in the PRC for his father's road sign company, and that he did not have any patents for military or defense applications. WANG also denied ever working for any company that has assisted or been involved in the production of aircraft or military or defense products. Based on FBI's investigation, there is probable cause to believe that WANG's statements to CBP officers were materially false.

## CONCLUSION

31.     Based on the aforementioned factual information, I respectfully submit that there is probable cause to believe that Chuan WANG has violated 18 U.S.C. § 1001 (false statements). Therefore, I respectfully request that the Court issue a criminal complaint and corresponding arrest warrant for Chuan WANG.

_____

Robert Holbrook
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
In my presence and/or by reliable electronic means.

_____

Hon. Elizabeth A. Stafford
United States Magistrate Judge

23